MITCHELL v. MINNESOTA LIFE, ET AL.
ACTION NO. C07-05722 EMC ADR

DEFENDANT STANDARD INSURANCE COMPANY'S
NOTICE OF REMOVAL

EXHIBIT D

1  2.   For costs of suit incurred herein; and,

2  3.   For such other and further relief as the Court deems just and proper.

3  DATED: September 25, 2007          DONAHUE & HORROW LLP

4

5  _____

6  MICHAEL B. HORROW
   Attorneys for Plaintiff

7

8

9

10

11

12                     DEMAND FOR JURY TRIAL

13

14     Plaintiff hereby demands a trial by jury.

15

16  DATED: September 25, 2007          DONAHUE & HORROW LLP

17

18  _____

19  MICHAEL B. HORROW
    Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

D-89

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>MICHAEL HORROW SBN 162917<br>DONAHUE & HORROW, LLP<br>222 NO. SEPULVEDA BLVD.<br>20TH FLOOR<br>EL SEGUNDO CA 90245<br>310-335-2006<br>ATTORNEY FOR Plaintiff | FILED<br>ALAMEDA<br>2007 NOV -7 PM 12:42<br>CLERK OF THE SUPERIOR COURT<br>BY Timothy L[ee]<br>DEPUTY<br>FOR COURT USE ONLY |
|---|---|
| Alameda<br>Pleasanton<br>5672 Stoneridge Dr<br>Pleasanton CA 94588 | |

| PLAINTIFF/PETITIONER: Randy R. Mitchell D.D.S. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Minnesota Life et al. | VC07348221 |
| PROOF OF SERVICE OF SUMMONS | Ref No. or File No.:<br>1062-001 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   CIVIL CASE COVER SHEET
   COMPLAINT
   SUMMONS

3a. Party served:

   STANDARD INSURANCE COMPANY,
   BY SERVING CHARLOTTE RIDDLE, AGENT FOR SERVICE

4. Address where party was served:

   15260 VENTURA BLVD
   SUITE 825
   SHERMAN OAKS CA 91403

5. I served the party
   b. By substituted service. On: 10/15/07 at: 11:30AM I left the documents listed in item 2 with or in the presence of:

   JEANNE LEE

   SECRETARY

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left

CONTINUED ON THE NEXT PAGE

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

Invoice No.: 574316

D-90

BY FAX

*6O57180*

| PLAINTIFF/PETITIONER: | Randy R. Mitchell D.D.S. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Minnesota Life et al. | VC07348221 |

(Code Civ. Proc., Section 415.20). I mailed the documents on

A DECLARATION OF MAILING IS ATTACHED.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    d. On behalf of:

    STANDARD INSURANCE COMPANY,
    BY SERVING CHARLOTTE RIDDLE, AGENT FOR SERVICE

    under the following Code of Civil Procedure section:

    416.10 (corporation)

7. Person who served papers
   a. Name: HECTOR MACALE
   b. Address: 1199 MONTEREY PASS ROAD  MONTEREY PARK, CA 91754
   c. Telephone Number: 323-526-7300
   d. The fee for service was: $59.50
   e. I am:
      (3) [ X ] registered California process server:
      (I) [ X ] Employee
      (ii) Registration No.: 5180    Expires: 04/12/09
      (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10/16/07

HECTOR MACALE

RAPID LEGAL, LOS ANGELES CO. REG # 1107. EXPIRES 02-14-09

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 574316

D-91

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL HORROW  SBN 162917<br>DONAHUE & HORROW, LLP<br>222 NO. SEPULVEDA BLVD.<br>20TH FLOOR<br>EL SEGUNDO CA 90245 | 310-335-2006<br><br>Ref. No. or File No.<br>1062-001 | |
| ATTORNEY FOR  Plaintiff | | |
| Insert name of court and name of judicial district and branch if any.<br>Alameda Pleasanton<br>5672 Stoneridge Dr Pleasanton CA 94588 | | |
| SHORT TITLE OF CASE:<br>Randy R. Mitchell D.D.S. v Minnesota Life et al. | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>574316 | | CASE NUMBER:<br>VC07348221 |

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 10/16/07 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

CIVIL CASE COVER SHEET
COMPLAINT
SUMMONS

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE UNITED STATES MAIL AT:   MONTEREY PARK   , CALIFORNIA,   ADDRESSED AS FOLLOWS:

STANDARD INSURANCE COMPANY,
BY SERVING CHARLOTTE RIDDLE, AGENT FOR SERVICE

15260 VENTURA BLVD
SUITE 825
SHERMAN OAKS CA 91403

DECLARANT: TERESA GUARDADO

RAPID LEGAL
1199 MONTEREY PASS ROAD
MONTEREY PARK, CA 91754
323-526-7300  FAX 323-526-7377

d.  Registered California process server
(1) [ ] Employee or [ X ] Independent Contractor
(2) Registration No. 5612
(3) County: LOS ANGELES
(4) Expiration: 02/06/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 10/16/07                            >
                                     SIGNATURE

D-92

HHJ

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>MICHAEL HORROW SBN 162917<br>DONAHUE & HORROW, LLP<br>222 NO. SEPULVEDA BLVD.<br>20TH FLOOR<br>EL SEGUNDO CA 90245<br>310-335-2008<br>ATTORNEY FOR Plaintiff | FOR COURT USE ONLY<br><br>**FILED**<br>ALAMEDA COUNTY<br><br>OCT 2 6 2007<br><br>CLERK OF THE SUPERIOR COURT<br>By _Susan Cuckian_<br>Deputy |
|---|---|
| Alameda<br>Pleasanton<br>5672 Stoneridge Dr<br>Pleasanton CA 94588 | |
| PLAINTIFF/PETITIONER: Randy R. Mitchell D.D.S.<br>DEFENDANT/RESPONDENT: Minnesota Life et al. | CASE NUMBER:<br>VG07348221 |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.:<br>1062-001 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   summons and complaint
   civil case cover sheet

3a. Party served:

   MINNESOTA LIFE INSURANCE COMPANY

3b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)

   TYNESHA WOOLFORK
   AUTHORIZED AGENT FOR SERVICE

4. Address where party was served:

   818 WEST 7TH STREET
   # 200
   LOS ANGELES CA 90017

5. I served the party
   a. By personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party

   (1) on: 10/24/07  (2) at: 1:20PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

BY FAX

CONTINUED ON THE NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
Invoice No.: 581099

D-93

| PLAINTIFF/PETITIONER: | Randy R. Mitchell D.D.S. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Minnesota Life et al. | VG07348221 |

      d. on behalf of:

      MINNESOTA LIFE INSURANCE COMPANY

      under the following Code of Civil Procedure section:

      416.10 (corporation)

7. Person who served papers
   a. Name: JACK TINOCO
   b. Address: 1199 MONTEREY PASS RD MONTEREY PARK, CA 91754
   c. Telephone Number: 323-526-7300
   d. The fee for service was: $59.50
   e. I am:
      (3) [ X ] registered California process server:
      (i) [ X ] Employee
      (ii) Registration No.: 3107    Expires: 02/27/09
      (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10/25/07

JACK TINOCO

RAPID LEGAL, LOS ANGELES CO. REG # 1107, EXPIRES 2-14-07

Form Adopted for Mandatory Use
Judicial Council of California PCS-010
[Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

Invoice No.: 581099

D-94



Notice of Judicial Assignment for All Purposes Issued

Copyright © 2000 Marucco, Stoddard, Ferenbach & Walsh, Inc. All Rights Reserved.

D-95



Notice of Judicial Assignment for All Purposes Issued

Copyright © 2000 Marucco, Stoddard, Ferenbach & Walsh, Inc.   All Rights Reserved.

D-96

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 520
- Phone: 1-866-223-2244

Dated: 09/28/2007

Executive Officer / Clerk of the Superior Court

By *Cathy Mill*
Deputy Clerk

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/01/2007

By *Cathy Mill*
Deputy Clerk

Page 3 of 3

Notice of Judicial Assignment for All Purposes Issued

Copyright © 2000 Marucco, Stoddard, Ferenbach & Walsh, Inc. All Rights Reserved.

D-97



Initial Case Management Conference 02/11/2008 09:00 AM D- 520

Copyright © 2000 Marucco, Stoddard, Ferenbach & Walsh, Inc.   All Rights Reserved.

D- 98