WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:  (619) 501 7948
Email: nelson@rolando.sdcoxmail

Attorney for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY R. MITCHELL D.D.S.,<br><br>    Plaintiff,<br><br>  vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY, STANDARD INSURANCE COMPANY, AND, DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:<br><br>DEFENDANT STANDARD INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Local Rule 3-16, the undersigned counsel for defendant Standard Insurance Company certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in a party to the proceeding:

--Standard Insurance Company, 100% of the shares of which are owned by

1  --StanCorp Financial Group, Inc.

2  These representations are made to enable the Court to evaluate

3  any need for disqualification or recusal.

4  November 12, 2007

```
                                /s/
                                ─────────────────────────────
                                WARREN H. NELSON, JR.
                                A PROFESSIONAL CORPORATION
                                6161 El Cajon Boulevard, # 273
                                San Diego, CA 92115

                                Attorney for Defendant
                                STANDARD INSURANCE COMPANY
```