1   WARREN H. NELSON, JR.  # 104744
    A PROFESSIONAL CORPORATION
2   6161 El Cajon Boulevard, # 273
    San Diego, CA 92115
3   Telephone: 619 269 4212
    Facsimile: 619 501 7948
4   Email: nelson@rolando.sdcoxmail.com

5   Attorney for Defendant
    MINNESOTA LIFE INSURANCE COMPANY
6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11                                  ) Case No.:
    RANDY R. MITCHELL D.D.S.,        )
12                                   ) DEFENDANT MINNESOTA LIFE
            Plaintiff,               ) INSURANCE COMPANY'S JOINDER IN
13                                   ) NOTICE OF REMOVAL OF DEFENDANT
        vs.                          ) STANDARD INSURANCE COMPANY
14                                   )
                                     )
15  MINNESOTA LIFE INSUURANCE        )
    COMPANY, STANDARD INSURANCE      )
16  COMPANY, AND, DOES 1 through     )
    10, inclusive,                   )
17                                   )
                                     )
18          Defendants.              )
    _____ )

19

20       PLEASE TAKE NOTICE that defendant MINNESOTA LIFE INSURANCE

21  COMPANY joins in the Notice of Removal filed herewith by

22  defendant Standard Insurance Company.

23  Dated:  November 12, 2007
                            /s/_____
24                          WARREN H. NELSON, JR.
                            A PROFESSIONAL CORPORATION
25                          6161 El Cajon Boulevard, # 273
                            San Diego, CA 92115
26
                            Attorney for Defendant
27                          MINNESOTA LIFE INSURANCE COMPANY

28

              DEF MINNESOTA LIFE'S JOINDER IN NOTICE OF REMOVAL -      - 1