WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:  (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
MINNESOTA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY R. MITCHELL D.D.S., <br><br> Plaintiff, <br><br> vs. <br><br> MINNESOTA LIFE INSURANCE COMPANY, STANDARD INSURANCE COMPANY, AND, DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: <br><br> DEFENDANT MINNESOTA LIFE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Local Rule 3-16, the undersigned counsel for defendant MINNESOTA LIFE INSURANCE COMPANY certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in a party to the proceeding

--Minnesota Life Insurance Company, a subsidiary of

--Securian Financial Group, Inc., wholly owned by

--Securian Holding Company, wholly owned by

1 --Minnesota Mutual Companies, Inc.

2 These representations are made solely to enable the Court to

3 evaluate any need for disqualification or recusal.

4 November 12, 2007

```
                                /s/
                                WARREN H. NELSON, JR.
                                A PROFESSIONAL CORPORATION
                                6161 El Cajon Boulevard, # 273
                                San Diego, CA 92115

                                Attorney for Defendant
                                MINNESOTA LIFE INSURANCE COMPANY
```