UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RANDY R. MITCHELL D.D.S.

        Plaintiff(s),

    v.

MINNESOTA LIFE INSURANCE COMPANY

        Defendant(s).
_____/

No. C 07-05722 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 11/21/07

Signature

Counsel for   Plaintiff
(Plaintiff, Defendant or indicate "pro se")

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles. I am over the age of eighteen years and am not a party to the within entitled action. My business address is 222 N. Sepulveda Boulevard, 20th Floor, El Segundo, CA 90245.

On November 21, 2007, I served a copy of CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE on the interested parties in this action addressed as follows:

Warren H. Nelson Jr.
6161 El Cajon Blvd.
#273
San Diego, CA 92115

☒ (VIA MAIL OR CERTIFIED MAIL – RETURN RECEIPT REQUESTED) I am readily familiar with the firm's procedures for collecting and processing correspondence for mailing and that pursuant to such procedure, such envelope would be deposited in the U.S. Postal Service on this same day with postage thereon fully prepaid at El Segundo, California. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing listed in the affidavit.

☐ (VIA FACSIMILE) By transmitting from my business address a true copy thereof sending facsimile machine (310) 335-2001 addressed to each individual at its facsimile telephone number set forth above.

☐ (VIA OVERNIGHT SERVICE) I am readily familiar with the firm's practice of collecting and processing correspondence for delivery by overnight delivery service. In accordance with that practice the documents would be delivered to an authorized courier or driver authorized by the express courier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person on any document filed in the cause and served on the party making service; otherwise at the party's place of residence.

☐ (VIA PERSONAL SERVICE) I caused personal delivery by _____ of the document listed above to the persons at the addresses set forth above.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 21, 2007, at El Segundo, California.

☒ (FEDERAL) I declare that I am a member of the bar of this Court. Executed on November 21, 2007, at El Segundo, California.

MICHAEL B. HORROW

- 1 -