IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY R. MITCHELL D.D.S., | No. C 07-05722 CRB |
|     Plaintiff, | **Clerk's Notice** |
|   v. | |
| MINNESOTA LIFE INSURANCE COMPANY, et al., | |
|     Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, February 22, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 14, 2007                         FOR THE COURT,

                                                                 Richard W. Wieking, Clerk

                                                                By: _____
                                                                     Barbara Espinoza
                                                                     Courtroom Deputy