WARREN H. NELSON, JR.   # 104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone: 619 269 4212
Facsimile: 619 501 7948
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendants
MINNESOTA LIFE INSURANCE COMPANY and
STANDARD INSURANCE COMPANY

MICHAEL B. HORROW # 162917
DONAHUE & HORROW LLP
222 N. Sepulveda Blvd, 20th Floor
El Segundo, CA 90245
Telephone:
Facsimile
Email:  mhorrow@donahuehorrow.com

Attorney for Plaintiff
RANDY R. MITCHELL, D.D.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY R. MITCHELL D.D.S., <br><br> Plaintiff, <br><br> vs. <br><br> MINNESOTA LIFE INSUURANCE COMPANY, STANDARD INSURANCE COMPANY, AND, DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: C 07-05722 CRB <br><br> STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE <br><br> No Hearing Set or Required. |

I.   STIPULATION FOR DISMISSAL WITH PREJUDICE.

Following settlement of this matter on terms that are confidential, each and all of the parties hereto, by and through their respective counsel, stipulate to the dismissal of this

entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), each party to bear his or its own costs, expenses and attorney fees.  The parties further stipulate that this Court shall retain continuing jurisdiction over any dispute arising out of the settlement of this matter.  *The parties add that there is no dispute currently and none is anticipated*.

SO STIPULATED:

Dated:  March 19, 2008

/s/ _____
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendants
MINNESOTA LIFE INSURANCE COMPANY
and STANDARD INSURANCE COMPANY

SO STIPULATED:

Dated:  March 19, 2008

/s/
MICHAEL B. HORROW
DONAHUE & HORROW LLP
222 N. Sepulveda Blvd, 20th Floor
El Segundo, CA 90245

Attorney for Plaintiff
RANDY R. MITCHELL, D.D.S.

II.   PROPOSED ORDER DISMISSING CASE WITH PREJUDICE

The Court, having considered the foregoing stipulation of the parties now dismisses this action with prejudice, each party to bear, as the case may be, his or its own fees, costs and expenses.  The Court retains jurisdiction of this matter to the extent necessary to resolve any dispute among the parties arising out of the settlement of this matter and notes that the --

parties have represented to the Court that there is no dispute currently and none is anticipated.

IT IS SO ORDERED on this ___ day of _____, 2008:

_____
CHARLES R. BREYER
U. S. DISTRICT COURT JUDGE