1  WARREN H. NELSON, JR.  # 104744
   A PROFESSIONAL CORPORATION
2  6161 El Cajon Boulevard, # 273
   San Diego, CA 92115
3  Telephone: 619 269 4212
   Facsimile: 619 501 7948
4  Email: nelson@rolando.sdcoxmail.com

5  Attorney for Defendants
   MINNESOTA LIFE INSURANCE COMPANY and
6  STANDARD INSURANCE COMPANY

7  MICHAEL B. HORROW # 162917
   DONAHUE & HORROW LLP
8  222 N. Sepulveda Blvd, 20th Floor
   El Segundo, CA 90245
9  Telephone:
   Facsimile
10 Email:  mhorrow@donahuehorrow.com

11 Attorney for Plaintiff
   RANDY R. MITCHELL, D.D.S.
12

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 RANDY R. MITCHELL D.D.S.,        ) Case No.: C 07-05722 CRB
                                    )
17           Plaintiff,             ) STIPULATION AND ~~PROPOSED~~ ORDER
                                    ) FOR DISMISSAL WITH PREJUDICE
18      vs.                         )
                                    ) No Hearing Set or Required.
19                                  )
   MINNESOTA LIFE INSUURANCE        )
20 COMPANY, STANDARD INSURANCE      )
   COMPANY, AND, DOES 1 through     )
21 10, inclusive,                   )
                                    )
22                                  )
                                    )
23           Defendants.            )

24

25      I.   STIPULATION FOR DISMISSAL WITH PREJUDICE.

26      Following settlement of this matter on terms that are

27 confidential, each and all of the parties hereto, by and through

28 their respective counsel, stipulate to the dismissal of this


       STIP AND PROPOSED ORDER TO DISMISS W/PREJUDICE - C 07-05722 CRB - 1

entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), each party to bear his or its own costs, expenses and attorney fees.  The parties further stipulate that this Court shall retain continuing jurisdiction over any dispute arising out of the settlement of this matter.  *The parties add that there is no dispute currently and none is anticipated*.

SO STIPULATED:

Dated:  March 19, 2008

/s/ _____
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendants
MINNESOTA LIFE INSURANCE COMPANY
and STANDARD INSURANCE COMPANY

SO STIPULATED:

Dated:  March 19, 2008

/s/
MICHAEL B. HORROW
DONAHUE & HORROW LLP
222 N. Sepulveda Blvd, 20th Floor
El Segundo, CA 90245

Attorney for Plaintiff
RANDY R. MITCHELL, D.D.S.

   II.   PROPOSED ORDER DISMISSING CASE WITH PREJUDICE

   The Court, having considered the foregoing stipulation of the parties now dismisses this action with prejudice, each party to bear, as the case may be, his or its own fees, costs and expenses.  The Court retains jurisdiction of this matter to the extent necessary to resolve any dispute among the parties arising out of the settlement of this matter and notes that the --

1  parties have represented to the Court that there is no dispute
2  currently and none is anticipated.
3  IT IS SO ORDERED on this 21st day of March, 2008:

_____
CHARLES R. BREYER
U. S. DISTRICT COURT JUDGE

